IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-43 (MTT) |
| | ) |
| **LARRY JEROME CHAPMAN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

The parties have moved to continue this case until the next trial term. Doc. 20. The defendant, along with one co-defendant, was indicted on July 12, 2023. Doc. 1. This defendant had his arraignment in this Court on March 26, 2024. Doc. 12. His co-defendant, Felix Cordes, has not yet been arraigned. The parties now move the Court to continue this case to the next trial term to allow additional time for the parties to assess the need for discovery, file any motions deemed appropriate and complete any plea negotiations aimed at a possible resolution of the case. Doc. 20 ¶ 3.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 20) is **GRANTED**. The case is continued from the April term until the Court's next trial term presently scheduled for **July 22, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 3rd day of April, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT